**BOYD'S BIT SERVICE, INC.,**
**Plaintiff–Appellee,**

v.

**SPECIALTY RENTAL TOOLS & SUP-PLY, INC. (now known as Specialty Tools & Supply, L.P.), Defendant–Appellant.**

**No. 04–1621.**

United States Court of Appeals, Federal Circuit.

June 10, 2005.

Before MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and LINN, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.